UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE BELTRAN,        )
     Plaintiff,         )
                      )    Case No.
v.                     )
                      )
BEST BUY STORES, L.P.,   )
     Defendant.       )

**<u>NOTICE OF REMOVAL</u>**

TO:   THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT
       COURT FOR THE DISTRICT OF MASSACHUSETTS

Defendant, Best Buy Stores, L.P., ("Best Buy"), hereby files this Notice of Removal of the above-captioned action from the Middlesex County Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§1441 and 1446.

In support of this Notice of Removal, Best Buy states the following:

1.    Upon information and belief, on April 9, 2018, plaintiff Dora Jean McCormick ("McCormick") filed a Complaint in the Middlesex County Superior Court of the Commonwealth of Massachusetts.  A copy of the Complaint is attached as <u>Exhibit 1</u>.

2.    A copy of the Complaint was served on Best Buy on June 17, 2019.  A copy of the Summons also served on Best Buy at that time is attached as <u>Exhibit 2</u>.

3.    The Complaint sets forth causes of action alleging negligence, failure to warn, breach of express or implied warranties of merchantability, and breach of express and implied warranties of habitability.  (Ex. 1.)

4.     The complaint alleges that Beltran sustained "serious personal injuries" when her arm was caught in an electric sliding door while she was a patron at a Best Buy store in Burlington, Massachusetts. (Ex. 1 ¶¶ 4-7.)

5.     Plaintiff's Civil Action Cover Sheet itemizes past and reasonably anticipated future medical expenses totaling $48,717.00 and references injury to her "arm, shoulder & back etc." The Civil Action Cover Sheet is attached as Exhibit 3.

6.     The Complaint alleges that Michelle Beltran is an individual who resides in Newton, Massachusetts.  (Ex. 1 ¶1.)

7.     Best Buy Stores, L.P. is a Virginia Limited Partnership with a principal place of business in Richfield, Minnesota.

8.     Federal Jurisdiction exists pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.   The action is removable pursuant to 28 U.S.C. §1441(b) because Defendant is not a Massachusetts citizen.

11.     This Notice of Removal has been filed within thirty (30) days after receipt by Best Buy of the Complaint and accordingly is being timely filed pursuant to 28 U.S.C. §1446(b).

12.     A stamped copy of this Notice of Removal will be promptly filed with the Clerk of the Suffolk County Superior Court of the Commonwealth of Massachusetts and served on counsel of record for plaintiff pursuant to 28 U.S.C. §1446(d).

        WHEREFORE, Best Buy requests removal of the above-captioned matter from the Middlesex County Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts.

Dated:  June 27, 2019.

BEST BUY STORES, L.P.,
By its attorney,

/s/ Christopher A. Callanan
_____

Christopher A. Callanan (BBO# 630649)
Stevenson McKenna & Callanan LLP
21 Merchants Row, Fifth Floor
Boston, MA 02109
(617) 330-7575
ccallanan@smcattorneys.com

<u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of the above document to all counsel of record by electronic
filing via the ECF system on June 27, 2019.

/s/ Christopher A. Callanan
_____

Christopher A. Callanan